People of the State
of Illinois
_____
Plaintiff,

vs.

Karen Y Schoap
_____
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)

F I L E D

JUL 1 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 5 0 1 4 1

No. 03 CF 333
(Supplied by Clerk)

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, Karen Y Schoap, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one) Single ✓    Married ____    Separated ____    Divorced ____

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes (✓) No ( )

B. If so, by whom, what is your position, and what is your pay?
househelp - 14.40 monthly

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No (✓) If yes, describe each source and state how much you received.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? See attached

F.  If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

Commissary purchases for personal items such as soap, deodorant, shampoo etc which is not provided by the institution

G.  How much money do you have in private checking or savings accounts?

NO

H.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)?  Yes ( )  No (✓)

If yes, describe the property and its approximate value:

_____

_____

I.  Do you have any debts or obligations?  Yes ( )  No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

_____

_____

J.  List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

None

_____

_____

K.  Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

0

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

X  *Karen Schaap*
SIGNATURE

7-9-08
DATE

2

| | | | | | | Page 1 |
|---|---|---|---|---|---|---|
| Date: 7/2/2008 | | | **Dwight Correctional Center** | | | |
| Time: 1:11pm | | | **Trust Fund** | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 01/01/2008 thru End;   Inmate: R75713;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R75713 Schaap, Karen**                    **Housing Unit: DWI-MH-S -06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 63.09 |
| 01/10/08 | Point of Sale | 60 Commissary | 0107113 | 319629 | Commissary | -8.32 | 54.77 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011114 | | P/R month of 12/2007 | 14.07 | 68.84 |
| 01/23/08 | Point of Sale | 60 Commissary | 023790 | 320879 | Commissary | -2.17 | 66.67 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039114 | | P/R month of 01/2008 | 14.40 | 81.07 |
| 02/13/08 | Point of Sale | 60 Commissary | 044767 | 322350 | Commissary | -11.28 | 69.79 |
| 02/18/08 | Point of Sale | 60 Commissary | 049790 | 323048 | Commissary | -2.57 | 67.22 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074114 | | P/R month of 02/2008 | 14.40 | 81.62 |
| 03/18/08 | Point of Sale | 60 Commissary | 0787106 | 325194 | Commissary | -10.35 | 71.27 |
| 04/11/08 | Payroll | 20 Payroll Adjustment | 102114 | | P/R month of 03/2008 | 15.00 | 86.27 |
| 04/14/08 | Point of Sale | 60 Commissary | 105795 | 327426 | Commissary | -10.88 | 75.39 |
| 05/08/08 | Payroll | 20 Payroll Adjustment | 129114 | | P/R month of 04/2008 | 15.00 | 90.39 |
| 05/12/08 | Point of Sale | 60 Commissary | 133790 | 329621 | Commissary | -9.87 | 80.52 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165114 | | P/R month of 05/2008 | 13.92 | 94.44 |
| 06/17/08 | Point of Sale | 60 Commissary | 169767 | 332438 | Commissary | -8.95 | 85.49 |

|   |   |
|---|---:|
| Total Inmate Funds: | 85.49 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 85.49 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

To trust fund - Please send me a copy of my trust fund for 6 months for Legal purposes

KAREN Schapp
R75713
mHW-5-6

## CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRI
AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action ha
sum of $ 95.49 in his trust fund account at this correctiona
center where is confined. I further certify that the plaintiff or
petitioner has the following securities to his credit according to the
records of this institution: _____

_____

_____

_____

_Amy Jensen_
Authorized Officer

_Dwight CC_
Institution

_Acct Tech II_
Title

_7/2/08_
Date

IPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF
E PLAINTIFF'S TRUST FUND ACCOUNT.

IN THE
U.S District Court
Northern District
Western Division

People of the
State of Illinois
Plaintiff,

v.

Karen Y Schaap
Defendant

Case No. 03CF333

**PROOF/CERTIFICATE OF SERVICE**

TO: Clerk of Courts
U.S District Court
Northern District
211- S. Court St.
Rockford, Ill
61101

TO: Attorney General
States Attorney of Illinois
Lisa Madigan
100 -W Randolph St.
Chicago, Ill
13th floor
60601

PLEASE TAKE NOTICE that on July 9, 20 08, I have placed the documents listed below in the institutional mail at Dwight Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Petition for Habeas Corpus - Proof of Service Pauper Petition

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7-9-08

/s/ X Karen Schaap
NAME: Karen Schaap
IDOC#: R75713
Dwight Correctional Center
23813-E 3200 North Rd.
Dwight, IL 60420