# FILED

AUG 01 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of CR Appeals<br>100 W. Randolph - 12th Fl<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**RECEIVED**<br>JUL 18 2008<br>Office Of The Attorney General<br>Office Services<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) 7002 0510 0000 6469 3506 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |

08 C 50141